# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

JAN 23 2023 PM3:57
FILED-USDC-CT-HARTFORD

**COMPLAINT FORM**

Full name(s) of Plaintiff(s)
(Do not use *et al.*)

Queen-Princess Anjaknie Raindtree-McCrorey

v.

Case No. _____
(To be supplied by the Court)

Days Inn By Wyndham/Vernon, CT
Vernon Police Department
ST Franscis Hospital /ER Department

Full names of Defendant(s)
(Do not use *et al.*)

**A. PARTIES**

1. Queen Princess Anjaknie Raindtree McCrorey (Plaintiff) is a citizen of Connecticut (State) who presently resides at 31 Center street Vernon, CT 06066 (mailing address)

2. Defendant Days Inn By Wyndham (name of first defendant) is a citizen of Connecticut (State) whose address is 451 Hartford Turnpike, CT 06066

3. Defendant **Vernon Police Department** is a citizen of **Connecticut**
   (name of second defendant)                                  (State)

whose address is **725 Hartford Turnpike, Vernon, CT 06066**

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's identity and complete address.)

## B. JURISDICTION

The jurisdiction of this court is invoked pursuant to: (list statute(s))

**Vernon, Connecticut / Hartford, CT**

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

This actual complaint is being submitted on the grounds of money extortion charges, gender bias claim, defamation of character claim; in addition to the Vernon Police Departments failure; to conduct a fair thorough investigation; although their was associated evidence within initial complaint. Claims of discrimination is also attached to this particular lawsuit; as proof of prepayment reciept was provided; although not honored effectively; as embezzlement charges; as also associated and afflicted. This situation matter than transitioned me; into St Francis hospital; with reports of a black-out pass out, tireness, and generally feeling unwell; also to be found located within the actual hospital records and reports. this matter is connected to Hypokemia;² as diagonised; within the discharge paperwork. Although, I recieved the negative grunt of the situation; by all parties listed; as my initial claim of not feeling well; was stated; openly and regularly.

### D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** Extortion, defamation of character,

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

Prepaid for hotel room; although the front desk manager; failed to honor the 3rd party agreement; while implementing gender bias attacks; and claims of defamation are associated. Therefore because my complaint is part of connecticut to state government officials; this complaint is attached. I am entitled to a thorough investigation. As Government/state officials are relatively associated.

**Claim II:** Discrimination / Vernon Police Departments lack of completing a thorough investigation.

Supporting Facts: Due to their lack of completing a thorough, onsite investigation; I was forced to walk in the rain; although I prepaid for the room. No troubleshooting methods; were enforced; although their was prooff a a receipt provided.

### E. REQUEST FOR RELIEF

WHEREFORE, plaintiff demands: (state the relief you seek)

I'm requesting $150,000 and Deportation for Days Inn By Wyndham/Vernon, ct's Sales Associate/Front Desk Manager's Exhortion tatics. In addition to a state/government evaluation of proof of citizenship; In addition to ALL residential nurse and doctor's staff at St Fransis Hospital; to have thier credentals evaluated; if found fravulent, I'm requesting that the appropriated charges are assessed and administed. I'm also Requesting that the Vernon police Department officer on the Scene; will have their positions relinquished to their lack of completing a thorough investigation. which are linked to my claims of discrimination.

### F. JURY DEMAND

Do you wish to have a jury trial? Yes (No)

_[signature]_  
Original signature of attorney (if any)

Anakni Rarrdtree-McCroney  
Printed Name

( )  
Attorney's full address and telephone  

N/A

Email address if available

_[signature]_  
**Plaintiff's Original Signature**

Printed Name Queen-Princess Anaknie Rarrdtree-McCroney

(413) 246-7884  
Plaintiff's full address and telephone  
31 Center Street  
Vernon, CT 06066  
Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at ___Hartford, CT___ on ___1/23/2023___.
             (location)                (date)

_[signature]_  
**Plaintiff's Original Signature**

(Rev.3/29/16)

5

Case 3:23-cv-00083-OAW   Document 1   Filed 01/23/23   Page 6 of 6

*[Handwritten top left:]* Exhibit A

# Prepaid - Hotel Reservation

*[Handwritten top right:]* Priceline customer service contact # 1·877·477·5807



## Days Inn By Wyndham Vernon

451 Hartford Turnpike, Vernon, Ct, United States Of America

| Your Reservation | Check In | Check Out |
|---|---|---|
| 1 Nights 1 Room | 22 Jan 2023 Sunday, from 15:00 | 23 Jan 2023 Monday, until 11:00 |

**Number of Guests**  1 Room 2 Adults Children

**Room Type**  Standard King Bed Non-smoking Room

**Board**  Bed And Breakfast

| Order ID | Confirmation Status | Confirmation number |
|---|---|---|
| 4789048 () | Confirmed | 1209433 |

**Guest and Billing Details**

Anjaknie Roundtree
n*********8@yahoo.com
+
, US

Anjaknie Roundtree
visa *************7811
1/2026

### Cancelation Policy

This room is not refundable

### Special Notice

We are committed to protecting the privacy of all personal information we receive from you when you visit our website and use your account. We will never ask you to confirm, update, or disclose bank information or passwords by phone, email, or SMS.

* The hotel may ask for a deposit during the checkin time.

*[Handwritten bottom right:]* Vernon Police Department 860·872·9126  725 Hartford Turnpike Vernon, CT